# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 7:26-mj-1097-RJ |
| | ) | |
| James Osborne | ) | |
| *Defendant* | ) | |

*FILED IN OPEN COURT*
*ON 3-26-26*
*Peter A. Moore, Jr., Clerk*
*US District Court*
*Eastern District of NC*

## ORDER SCHEDULING A DETENTION HEARING
### and Probable Cause Hearing

Probable cause and detention hearings in this case are scheduled as follows:

| Place: Alton Lennon Federal Building 2 Princess Street Wilmington, NC 28401 | Courtroom No.: 3 |
|---|---|
| | Date and Time: 3/31/2026 @ 9:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  03/26/2026

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
_____
*Printed name and title*