# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

United States of America
v.
James Osborne

)
)
)
)
)
)
)

Case No. 7:26-mj-1097-ET

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **James Osborne** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

False Statements on Voter Registration or Ballot, in violation of Title 52, United States Code, Section 20511(2)(A), and Title 52, United States Code, Section 20511(2)(B).

Date: **March 23 2026**

_____
*Issuing officer's signature*

City and state:     **Wilmington, North Carolina**

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/23/26 , and the person was arrested on *(date)* 3/26/26 at *(city and state)* Wilmington, NC . |
| Date: 3/26/2026 |

_____
*Arresting officer's signature*

SA Julia S. Hanish
*Printed name and title*

**FILED**
APR 07 2026

MRP

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
DEP CLK