UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-mj-01097-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEAL<br>OF DETENTION ORDER |
| JAMES OSBORNE | |

Defendant James Osborne, by and through undersigned counsel, respectfully appeals the

order of detention issued March 31, 2026, by United States Magistrate Judge Robert B. Jones, Jr.

Respectfully submitted this 7th day of April, 2026.

G. ALAN DuBOIS
Federal Public Defender

/s/ David E. Wicclair
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
E-mail: David_Wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

MATTHEW R. PETRACCA
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on April 7, 2026, using the CM/ECF system which will send notification of such filing to the above.

This the 7th day of April, 2026.

/s/ David E. Wicclair
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
E-mail: David_Wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

2